IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


BRYAN ROGERS                                                                   PLAINTIFF

V.                               3:20CV00125 JM

PECO FOODS, INC.                                                               DEFENDANT

## ORDER

Pending is Defendant's motion to compel and motion for extension of time to complete discovery and file dispositive motions. According to the Defendant, Plaintiff has failed to respond to any of Defendant's discovery requests in this case. Plaintiff has also failed to respond to these motions.

Defendant's motion to compel (ECF No. 8) is GRANTED. Plaintiff is ordered to respond to the Defendant's First Set of Interrogatories and First Requests for Production of Documents on or before 5:00 p.m. July 20, 2021. Defendant is directed to file a status report with the Court on July 21, 2021. If Plaintiff fails to respond within this deadline, the case will be dismissed. Defendant's motion for extension of time (ECF No. 9) is held in abeyance pending the status report.

IT IS SO ORDERED this 15th day of July 2021.

_____
James M. Moody Jr.
United States District Judge