IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRYAN ROGERS**                                                                           **PLAINTIFF**

V.                                            **3:20CV00125 JM**

**PECO FOODS, INC.**                                                                      **DEFENDANT**

## ORDER

Pending is Defendant's renewed motion to compel and renewed motion for extension of time to complete discovery and file dispositive motions.

Plaintiff's counsel is ordered to file an amended response to the renewed motion to compel (ECF No. 13) with verification of the discovery responses from his client, including actions taken by prior counsel. The amended response is due by the end of day on September 3, 2021. If Plaintiff fails to respond within this deadline, the case will be dismissed.

Defendant's renewed motion to compel (ECF No. 13) and renewed motion for extension of time (ECF No. 14) are DENIED.

IT IS SO ORDERED this 31st day of August, 2021.

James M. Moody Jr.
United States District Judge