IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRYAN ROGERS                                                             PLAINTIFF

V.                                3:20CV00125 JM

PECO FOODS, INC.                                        DEFENDANT

## ORDER

      This case was tried before a jury on October 18, 2021. At the close of Plaintiff's case, Defendant moved for a directed verdict. After hearing arguments of counsel, the motion was granted as to Plaintiff's remaining claims of false imprisonment and intentional infliction of emotional distress for the reasons stated on the record. Plaintiff voluntarily dismissed his defamation claim prior to trial. A separate judgment will be entered.

      IT IS SO ORDERED this 19th day of October, 2021.

                                                            _____
                                                            James M. Moody Jr
                                                            United States District Judge