**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**


**BRYAN ROGERS**                                                                **PLAINTIFF**

**V.**                                          **3:20CV00125 JM**

**PECO FOODS, INC.**                                                       **DEFENDANT**

### JUDGMENT

     At the close of Plaintiff's case in chief, the Court granted Defendant's motion for directed

verdict on all claims. Judgment is entered in favor of Defendant and Plaintiff's complaint is

dismissed with prejudice.

     IT IS SO ORDERED this 19th day of October, 2021.


_____
James M. Moody Jr.
United States District Judge