IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRYAN ROGERS                                                                                   PLAINTIFF

vs,                           CIVIL ACTION NO, 3:20-cv-125-JM

PECO FOODS, INC.                                                                          DEFENDANT

---

### AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

---

Before the Court is Plaintiff Bryan Roger and Peco Foods, Inc.'s joint motion for an order and judgment of dismissal with prejudice in this action. Having been advised of the consent of the parties to this order and judgment of dismissal, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Plaintiffs civil action is hereby dismissed with prejudice; all parties to bear their own costs, including without limitation attorneys' fees and other costs and expenses of litigation.

SO ORDERED on this 9th day of November, 2021.

_____
U.S. DISTRICT JUDGE
JAMES M. MOODY, JR.

AGREED:

ATTORNEY FOR PECO FOODS, INC:

_____
Stephen . Carmody, AR #2013011
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street

Jackson, MS 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

ATTORNEY FOR PLAINTIFF BRYAN ROGERS:

*/s/ Larry J. Steele*

Larry J Steele, #78146
LARRY J. STEELE, PLC
P.O. Box 561
Walnut Ridge, AR 72476-0561
Telephone: (870) 886-5840
Facsimile: (870) 886-5873